1 | ROBERT F. HELFING (Bar No. 90418)
robert.helfing@sedgwicklaw.com
2 | HEATHER L. MCCLOSKEY (Bar No. 193239)
heather.mccloskey@sedgwicklaw.com
3 | XIAOYI YAO (Bar No. 261290)
xiaoyi.yao@sedgwicklaw.com
4 | SEDGWICK LLP
801 South Figueroa Street, 19th Floor
5 | Los Angeles, CA  90017-5556
Telephone: (213) 426-6900
6 | Facsimile: (213) 426-6921

7 | Attorneys for Defendant
CELS ENTERPRISES, INC.
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

12 | AIRWAIR INTERNATIONAL LTD.,        Case No. CV13-04312 EMC

13 |                Plaintiff,                        **NOTICE OF ERRATA**

14 |      v.

15 | CELS ENTERPRISES, INC. D/B/A
CHINESE LAUNDRY, et al.,
16 |                                                 Date:    March 6, 2014
                Defendant.                        Time:    1:30 p.m.
17 |                                                 Place:   Courtroom 5

18 |

19 |

20 |         PLEASE TAKE NOTICE THAT Defendant Cels Enterprises, Inc. ("Cels") hereby

21 | corrects the errors in its Reply in support of its Motion to Dismiss Action for Improper

22 | Venue Pursuant to F.R.C.P. Rule 12(b)(3) or, in the alternative, to Transfer Venue for

23 | Convenience Pursuant to 28 U.S.C.§ 1404 (a) as follows:

24 |         <u>Reply at 5:21-23</u>

25 |         Original: "The only allegedly infringing sale Cels ever made to this District consisted

26 | of the sale of 144 pairs to a single customer, which constituted less than 7% of the total sales

27 | on that style."

28 |

1   Revised: "The only allegedly infringing sale Cels ever made to this District consisted of
2   the sale of 72 pairs to two customers, which constituted less than 3.3% of the total sales on that
3   style."

4   <u>Reply at 15:4-6</u>

5   Original: "Cels has only made a small sale (144 pairs) to a single customer in the
6   Northern District, which constituted less than 7% of the total sales made on the allegedly
7   infringing footwear.  (Nogueira Supp. Dec., ¶2.)"

8   Revised: "Cels has only made a small sale (72 pairs) to two customers in the Northern
9   District, which constituted less than 3.3% of the total sales made on the allegedly infringing
10  footwear.  (Nogueira Supp. Dec., ¶2.)"

12  A copy of the Revised Reply that reflects the above corrections is attached to this
13  Notice.

15  DATED:  March 3, 2014            SEDGWICK LLP

17                                   By: <u>/s/ Xiaoyi Yao</u>
                                         Robert F. Helfing
18                                       Heather L. McCloskey
                                         Xiaoyi Yao
19                                       Attorneys for Defendant
                                         CELS ENTERPRISES, INC.